**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 12-3320PO |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| William Birch, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having considered *pro se* Defendant's letter, dated September 24, 2012 and filed on September 27, 2012, the Court construes it as a motion to continue the October 1, 2012 trial date. Defendant requests the trial be re-set to November 1, 2012. Defendant has not previously requested a trial continuance and the assigned prosecutor has no objection.

Defendant is informed of that which is obvious to a lawyer. This is a criminal case pending in a court of law. The Court only responds to matters when a document is filed with the Clerk of Court. Letters, phone calls, and emails to chambers on substantive matters constitute prohibited *ex-parte* communications with the Court and will not be responded to by the Court or chamber's staff. Defendant is directed to comply with the Federal Rules of Criminal Procedure and Rules of Practice for the United States District Court for the District of Arizona ("Local Rules"). *See* Rule 47, Fed.R.Crim.P., regarding motions in a criminal case and Rule 49, Fed.R.Crim.P., regarding filing and serving papers, including copies mailed to the assigned prosecutor.

1  Good cause appearing,

2  **IT IS ORDERED** that Defendant's motion to continue is **GRANTED** and hereby

3  resetting the trial in this matter to **Thursday, November 1, 2012 at 1:30 p.m.** (Arizona time)

4  before the undersigned Magistrate Judge in Courtroom 302, 401 West Washington Street,

5  Phoenix, Arizona 85003. Scheduled time: one hour maximum. Defendant shall be physically

6  present.  Absent a showing of good cause, if Defendant fails to timely appear at his trial, an

7  arrest warrant will be issued for his arrest.

8  **IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, must

9  hereinafter comply with  Federal Rules of Criminal Procedure and Rules of Practice for the

10 United States District Court for the District of Arizona. The District's criminal Rules of

11 Practice may be found on the District Court's internet web page at www.azd.uscourts.gov/.

12 Dated this 28th day of September, 2012.

Lawrence O. Anderson
United States Magistrate Judge